FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2019 JUL 26 PM 1:41

Orlando Division

Anthony Bussie,
Soloman Melgen,
Noor Salman,
Ceasar Sayyac,
~~Anth~~ Klesso,

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Florida State
United States

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:19-cv-1384-ORL-41-DCJ
(to be filled in by the Clerk's Office)

Motion: 1. 42 US<Sec 1988,
2. Rights to Appeal,
3. Civil Rule 23 - Class Action,
4. Civil Rights Act defense
5. PLRA
6. 28 US<Sec 1915 (A) Screening
7. Memorandum, Recommendation
8. Report
9.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## Plaintiff

1. U.S. v. Anthony Bussie    12cr 229 (DNJ) committed
2. U.S. v. Soloman Melgen    15cr 155 (DNJ) released
3. U.S. v. Noor Salman       17cr 18 orl-40 KRS Dist. Fl convicted
4. U.S. v. Ceasar Sayvoc     18cr ___ S.D.N.Y pretrial
5. U.S. v. Klesso            19cr ___ Dist Fl pretrial

## DOJ Arguments

Bussie is from New Jersey, per criminal complaint

Melgen, Salman, Sayvoc and Klesso are from Florida. see criminal complaint or criminal grievance

All (5) plaintiffs were being sued by the DOJ for criminal conduct and violated law per crim.cmpl.

All (5) plaintiffs has criminal grievance on gov't ommission conducts leading to mistreatments of Gitmo detainees, black people in criminal complaints.

All (5) plaintiffs disfavor gov't employees, congressman Robert E. Andrews, Senator Robert Menendez and Senator Cory Booker all from New Jersey. see crim.cmpl

All (5) plaintiffs needs a fairness agency to sit in for service. Plaintiffs seeks criminal endeavor seeking DOJ fairnesses. see crim.cmpl.

## Mistreated Black Person

Bussie is a mistreated black person in federal contracting industry used for a war purpose. Government enforce bad faith in pay to begin harboring (15) Gitmo detainees. This event caused Florida residence to be killed, contracting abuse and commit crime in kindness.

## DOJ Arguments

### Mistreated Federal Contractors

Soloman Melgen is a mistreated contractor by DOJ et.al. (has a criminal rule 29) and def. Menendez

Bussie is a mistreated contractor by DOJ et.al. (has a criminal rule 48) and def Andrews

Def. Menendez did not serve Bussie. Andrews did not serve Melgen and Bussie.

### Mistreated Pulsie

Noor Salman has a husband Omar Mateen killed 49 Florida residence and injuried 53 Florida residence at a Pulse night club. Mateen was killed. Salman has the defensive duress and connotation by DOJ investigators.

Florida killed Omar Mateen. Florida respected standing ground toward Noor Salman.

### Mistreated PUBLIC

Ceasar Sayyoc and Klesso are Florida residence Both criminal actions are separate. Both are together for government abuse attacks. Gov't abused 9/11 substance hindering pay and (15) terrorists conviction for Sayyoc and Klesso attacks

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Anthony Bussie
All other names by which you have been known:
ID Number: 64105-050
Current Institution: Federal Medical Center
Address: P.O. Box 1600
Butner   NC   27509
*City   State   Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Florida State
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
*City   State   Zip Code*
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: United States
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
*City   State   Zip Code*
☐ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name: Cory Booker
- Job or Title (if known): Senator D-NJ, D-DC
- Shield Number: NA
- Employer: United States Government
- Address: Lives in Florida State
- City: Opa Locke, State: FL, Zip Code:

[ ] Individual capacity  [X] Official capacity

Defendant No. 4
- Name: Robert E. Andrews
- Job or Title (if known): Congressman D-NJ, D-DC
- Shield Number: NA
- Employer: United States Government
- Address: Lives in New Jersey
- City: Haddon Hieght, State: NJ, Zip Code:

[ ] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violating 27th Amendment for plaintiffs to have a defense violated due process law for plaintiffs to have a defense failed to protect 4# killed, 53 injuried, 1 gun man killed from a New Jersey bad faith in politics deal by the defendants entering Florida

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendent No 5
    Robert Menendez
    Senator D-NJ, D-DC
    NA
    United Government
    Lives in New Jersey

Defendent No 6
    Donald Norcross
    Congressman D-NJ, D-DC
    Lives in New Jersey

Violating 27th Amendment for plaintiffs to have a defense, Violated due process law for plaintiff to have a defense. Federal Govt failed to protect Florida residence from New Jersey Federal congressman created bad faith entering Florida State.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants have no care for law in areas of paying contractors to convict (15) 9/11 Terrorists. Defendants omissive acts lead into bad faith and unfairness. Therefore the plaintiffs enforce criminal unique action seeking a govt defense strategy, pay and release from prison.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee Sayvoc, Klesso
- [x] Civilly committed detainee Bussie
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner Salman, Melgen
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

An unconstitutional government riot arosed in New Jersey and other parts of the United States after 9/11/01 unable to pay deadbeat bills and then convict (15) terrorists, Unable to enforce good faith and fair practice, Gov't started an unjust war.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

The gov't ommissive act started on or about 9/11/01, the plaintiff act of defensive crimes started after 9/11/01

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The DOJ has sued (5) plaintiffs to prosecute faithfully under defensive law. The facts of common comes from the DOJ agency. The DOJ criminally charged (5) plaintiffs. U.S. v. Robert Menendez in 15cr155 Dist NJ enforce gov't misconduct U.S. v. Anthony Bussive in 12cr224 Dist NJ enforce gov't misconduct New Jersey federal politics came into Florida State to injuried the (5) plaintiffs well being. NJ politic is bad faith, and unfair to Florida State.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Allege Florida State and United States government violated due process law. Florida and United State gov't have no care for defense law. Such as Government employees started it first. Florida State failed to protect the plaintiffs from NJ bad politics. Therefore injuried brain causing suffering and pain through out the body. Made the plaintiffs raised a defense standing ground in the state of Florida and other defense. Plaintiffs are a mental illness and mental suffering from a bullying government made the plaintiffs engage in a war and criminal protest, also media attention.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. What I need this court to do is enforce defensive laws such as Outrageous Government, connotation, criminal acts in kindness, Habeas Corpus, defense durress, necessity, automatism, entrapment, proponderance, alter-ego, rule of lenity.
2. Suppress defense liberation.
3. arbitary and capricious.
4. Demand settlement at market value and prison releases
5. Setforth United States Attorney Office for reduction in sentencing, release, defense and other services provided by US Atty Offc.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Federal Medical Center - Butner, NC 27509

2. What did you claim in your grievance?

   A settlement due process.
   Hold money in BOP account.
   Open a J.P. Morgan Chase Bank account.

3. What was the result, if any?

   Gov't employee congressional venue was ommissive.
   Alternative will be the BOP facility, or BOP Secretary.
   Everybody fail at this task in pay and BOP account.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   Not BP-9 or greater. The first action was BP-8 only and no appeal. The Unit Manager has no Idea what to do.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   BOP facility workers and BOP secretary has no idea what to do.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Begin filing grievance with the courts.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  _Anthony Bussie_
   Defendant(s) _United Government_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _Appeal Court For The Federal Circuit_

3. Docket or index number
   _96 Fd cl 89 (2011)_

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _2010_

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _Fifth Amendment ; Dissmissed_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Anthony Bussie

   Defendant(s) 408 Union, 409 Union

2. Court *(if federal court, name the district; ~~if state court, name the county and State)~~*

   Fourth Appeal Circuit
   1100 East Main Street
   Ste 501
   Richmond, VA 23219-3517

3. Docket or index number

   742 Fed Appx 762 (4thCir)

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

   2018

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Civil Rule 54(b) Remand and Amend; also Dismissed

Bussie v. Brit   717 Fed Appx 308   (4th Cir) 2017;
Bussie v. Bumb   633 Fed Appx 835   (4th Cir) 2016;
Bussie v. Keenan   670 Fed Appx 820   (4th Cir) 2016; Civ Rule 54(b)
Bussie v. Helschulp   755 Fed Appx 299   (4th Cir) 2019;
Bussie v. Gates   E.D. NC 2241

Wallace v. Kato (US)
Bussie v. US   14cv 2932 (RMB)(DNJ)
subsequent history Bussie v. Dr Ralston   15 hc 2116 (ED NC)

Youngberg v. Romeo (US)
Bussie v. Ortiz   14cv 3997 (RMB)(DNJ)

Anderson v. Bessemer (US)
United States v. Bussie   15-6621 (4th Cir)
subsequent history Bussie v. Helschulp   755 Fed Appx 299 (4th Cir)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/1/2019

Signature of Plaintiff: *Anthony Bussie*
Printed Name of Plaintiff: Anthony Bussie
Prison Identification #: 64105-050
Prison Address: Federal Medical Center
1.919.575.3900     Butner, NC 27509
                   City    State   Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City    State    Zip Code
Telephone Number: _____
E-mail Address: _____